IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE ROE<br><br>v.<br><br>BERNABEI & WACHTEL PLLC, ET AL. | Case No. 1:14-cv-01285 (BAH) |

**MOTION TO PROCEED USING A PSEUDONYM,
OR, IN THE ALTERNATIVE, MOTION TO SEAL**

Movant Jane Roe hereby moves to continue her action using a pseudonym, or, in the alternative, moves to seal the entire matter.

### I. FACTUAL BACKGROUND

Plaintiff Jane Roe seeks to continue this litigation using a pseudonym. Among other things, Plaintiff alleges that the Defendants released a video of an emotional sexual harassment encounter targeting the Plaintiff. The video was originally used for purposes of proving her harassment claim with the U.S. Equal Employment Opportunity Commission ("EEOC"). Defendants have now aggressively injected the video into public view and converted the video for purposes of promoting their own financial interests. The video records a sensitive sexual assault on the Plaintiff, and the widespread public release of the video, purely for Defendants' own financial gains, has caused Plaintiff serious personal and professional harm.

### II. FILING BY WAY OF PSEUDONYM IS APPROPRIATE IN THIS MATTER

While court proceedings are generally publicly available, certain information may be sealed or withheld if the public's right to access "is outweighed by the interest favoring nondisclosure." See United States v. McVeigh, 119 F.3d 806, 811 (citing Nixon v. Warner Commc'ns, 435 U.S. 589, 599 (1978)). Filings are appropriately sealed if "essential to preserve

higher values and is narrowly tailored to serve that interest." Id. at 814 (citations omitted). Moreover, this is a matter where "identification creates a risk of retaliatory physical or mental harm [and in which] anonymity is necessary to preserve privacy in a matter of [a] sensitive and highly personal nature." Qualls v. Rumsfeld, 228 F.R.D. 8, 10-11 (D.D.C. 2005).

In the present case, publicly providing the Plaintiff's true identity would exacerbate the already existing invasions of privacy that Defendants have created. The publicly available Court records would create yet another record of an association of the Plaintiff's name with the video of her sexual assault. If her true name were used, the numerous copies of the video could be further associated with her name. The same is true of Plaintiff's true physical address, which could be used for purposes of determining her true identity.

Allowing Plaintiff to file her Complaint using a pseudonym is narrowly tailored to allow this Court to proceed in addressing the underlying causes of action. Using a pseudonym, as opposed to filing the entire matter under seal, also has the effect of keeping much of the action available to the public. Thus, proceeding under a pseudonym is the most narrowly tailored procedure to protect the Plaintiff and still allow a certain amount of public access.

Finally, no party will be prejudiced by the filing of the Complaint using a pseudonym. The Defendants already know Roe's true identity. Moreover, Plaintiff has every intention of providing detailed information regarding her claims during the discovery process and beyond. Finally, a small change in reference to the Plaintiff's name will have no effect on any Defendant's stated defenses.

### III. ALTERNATIVELY, MOTION TO SEAL MATTER

While Plaintiff is of the opinion that proceeding under a pseudonym is the best method for ensuring that the matter remains publicly accessible, Plaintiff submits that sealing the entire

matter from public view would also have the effect of protecting Plaintiff from the possible concerns set forth above.

### IV. CONCLUSION

Given all the foregoing, Movant respectfully requests the right to file her Complaint using the pseudonym, "Jane Roe" and with a "c/o" address that shall be monitored by her attorney.

Respectfully submitted,                                                         Dated: September 9, 2014

_____
Eric J. Menhart (Bar ID: 975896)
Lexero Law
10 G St NE Suite 710
Washington, D.C. 20002
Phone: 855-453-9376
Fax: 855-453-9376