IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BINGRU WANG, | )<br>)<br>) |
| Plaintiff | ) |
| v. | )<br>) Civil Action No. 1:14-cv-01285 (TSC)<br>) |
| BERNABEI & WACHTEL, PLLC, *et al.*, | )<br>) |
| Defendants | ) |

**DEFENDANTS' RESPONSE TO
NOTICE OF PLAINTIFF'S INTENT TO PROCEED USING HER TRUE NAME**

Defendants Bernabei & Wachtel PLLC, Lynne Bernabei, and Meixing Ren, through undersigned counsel, respectfully submit their Response to the Notice of Plaintiff's Intent to Proceed Using Her True Name (ECF No. 20) (Mar. 27, 2015).

This Court ordered Plaintiff to file a notice setting forth her "true name and address" if she intended to proceed with her lawsuit. *See* Order, at 1 (ECF No. 19) (Mar. 26, 2015); Mem. Op., at 8 & 18 (ECF No. 18) (Mar. 26, 2015).

Plaintiff's Notice misrepresented her address as "800 4th St SW # S623; Washington, DC 20024." *See* Pls. Notice (ECF No. 20) (Mar. 27, 2015).

However, Plaintiff testified at her recent deposition in the retaliation case pending before this Court, that her current address, as of January 2015, is 22 Waddington Court, Rockville, Maryland. *Ren v. Phoenix Satellite Television (US), Inc.*, No. 1:13-cv-1110-TSC, Deposition of Bingru Wang, at 8:9-10 & 49:4-6 (Mar. 18, 2015) (excerpts attached hereto as Exhibit 1).

She also testified that when she purchased the Maryland house on June 20, 2013, she signed, under the penalty of perjury, three forms that required her to attest that the Maryland

house would be her principal residence and that she would live in it "for at least seven out of the next twelve months."  *Id.* at 38:13 – 39:39 & Dep. Ex. 4, at 4-5 ("Owner Occupancy Affidavit"); *id.* at 41:5 – 42:12 & Dep. Ex. 4, at 6 ("Affidavit of Purchaser Regarding Exemption from Recordation Tax"); *id.* at 44:2 – 47:2 & Dep. Ex. 4, at 7 ("Affidavit of Grantee as First-Time Maryland Home Buyer").

Therefore, Defendants respectfully request that this Court order that Ms. Wang bring herself into compliance with its Order by filing an Amended Notice that correctly sets forth her "true … address."

Respectfully submitted,

*/s/ Alan R. Kabat*

_____
Alan R. Kabat (D.C. Bar No. 464258)
Bernabei & Wachtel PLLC
1775 T Street NW
Washington, D.C. 20009-7102
Telephone: (202) 745-1942
Facsimile: (202) 745-2627
E-mail: Kabat@bernabeipllc.com
*Counsel for Defendant Meixing Ren*

Laura N. Steel, Esquire (D.C. Bar No. 367174)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
700 11th Street, NW, Suite 400
Washington, D.C. 20001
Telephone: 202-626-7660
Facsimile: 202-628-3606
E-mail: Laura.Steel@wilsonelser.com
*Counsel for defendants Lynne Bernabei and Bernabei & Wachtel, PLLC*

DATED:  March 27, 2015