IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BINGRU WANG | |
| v. | Case No. 1:14-cv-01285 (TSC) |
| BERNABEI & WACHTEL PLLC, ET AL. | |

## JOINT STATUS REPORT

Plaintiff Bingru Wang ("Wang") and Defendants Bernabei & Wachtel PLLC, Lynne Bernabei Esquire and Meixing Ren (collectively "Defendants"), through their respective counsel, submit their joint status report in this case pursuant to the Court's Minute Order of October 2, 2015.

The parties attended court-referred mediation on August 26, September 2, and September 4, 2015, with Magistrate Judge G. Michael Harvey. Mediation did not result in settlement of claims.

## PLAINTIFF'S POSITION

Plaintiff believes that Defendants' Motions for Summary Judgment are ripe and should be decided. Plaintiff also believes that she should be permitted to engage in expedited discovery in relation to third parties, so as to be able to subpoena third parties and acquire communications between Defendants and third parties regarding Plaintiff's copyrighted video. A motion seeking such relief was recently filed.

Plaintiff's position is that a Rule 26(f) conference should occur immediately, or, in the alternative, within seven days of the resolution of the pending Motion for Summary Judgment.

## **DEFENDANTS' POSITION**

Defendants agree that their Motions for Summary Judgment are ripe and that the dispositive issues should be decided. However, Defendants do not agree that discovery should proceed, but rather should be held in abeyance until the dispositive motions are decided in accordance with the Court's May 4, 2015, Order staying all discovery in this case (ECF No. 34). In that regard, the case law makes clear that a stay of discovery pending the determination of a dispositive motion remains the most logical means to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial and legal resources. Moreover, as to whether discovery should proceed, this Court previously held a hearing on May 4, 2015, and heard argument regarding plaintiff's professed desire to conduct discovery, including third-party discovery. This Court has already determined that discovery should be stayed completely and, granted defendants' Motion to Stay Discovery (ECF No. 28) and denied plaintiff's cross-motion for discovery (ECF No. 33). Defendants will file their Opposition to Plaintiff's Motion for Expedited Discovery (ECF No. 41) in short order.

In terms of any proceedings after the Court rules on Defendants' Motions for Summary Judgment, Defendants would defer to the Court regarding whether a Rule 26(f) conference will be necessary and, if so, when it should occur.

Respectfully submitted,

/s/ Eric Menhart
Eric J. Menhart (Bar ID: 975896)
Lexero Law
316 F St NE Suite 101
Washington, D.C. 20002
Phone: 855-453-9376
Fax: 855-453-9376
*Attorney for Plaintiff*

/s/ Laura N Steel
Laura N. Steel, Esquire (D.C. Bar No. 367174)
Wilson Elser Moskowitz Edelman & Dicker  LLP
700 11th Street, NW, Suite 400
Washington, DC 20001
Phone: 202-626-7660
Fax: 202-628-3606
*Attorneys for Defendants Lynne Bernabei and Bernabei & Wachtel, PLLC*


/s/ Alan R. Kabat
Alan R. Kabat (No. 464258)
Bernabei & Wachtel PLLC
1775 T Street N.W.
Washington, D.C. 20009-7102
Phone: (202) 745-1942
Fax: (202) 745-2627
*Attorneys for Meixing Ren*