UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE ROE**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 14-cv-01285-TSC-GHM |
| **BERNABEI & WACHTEL PLLC**, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

In light of the Joint Stipulation of Dismissal filed by the parties, (ECF No. 45), this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Date: November 24, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge